```
         UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF INDIANA
              FORT WAYNE DIVISION
```

NATHANIEL FLOWERS,            )
                              )
Plaintiff,                    )
                              )
vs.                           )   NO. 1:13-CV-266
                              )
PRAIRIE FARMS DAIRY, INC.,    )
                              )
Defendant.                    )

## ORDER

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Roger B. Cosbey granting Plaintiff's motion to amend his in forma pauperis ("IFP") petition and further granting that amended IFP petition, (DE # 9) filed on October 2, 2013. No objections have been filed to Magistrate Judge Cosbey's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **DENIES** as moot Plaintiff's original motion for leave to proceed IFP (DE# 3), **GRANTS** Plaintiff's motion for leave to amend his IFP petition (DE# 6), and **FURTHER GRANTS** the Plaintiff's amended IFP petition.

It appearing that the plaintiff is unable to afford to pay the filing fee, the Court: (1) **GRANTS** the plaintiff leave to proceed *in forma pauperis* (DE# 6); (2) **DEFERS** payment of the filing fee; (3) **ORDERS** the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery that is received in this case; and (4)

**DIRECTS**, pursuant to 28 U.S.C. § 1915(d), the United States Marshals Service to effect service of process on the defendant.

DATED:  October 29, 2013                /s/RUDY LOZANO, Judge
                                        United States District Court